Submitted January 3, affirmed February 20, petition for review denied July 2, 2020 (366 Or 691)

Marc REMENAR,
*Plaintiff-Appellant,*

*v.*

Jamie SOLBERG,
*Defendant-Respondent.*

Clackamas County Circuit Court
18CV15623; A169182

457 P3d 1115

Michael C. Wetzel, Judge.

Appellant filed the brief *pro se.*

Respondent waived appearance.

Before DeVore, Presiding Judge, and DeHoog, Judge, and Mooney, Judge.

PER CURIAM

Affirmed.

## PER CURIAM

Plaintiff appeals a judgment dismissing, with prejudice, a claim for intentional infliction of emotional distress. Plaintiff raises three assignments of error, two of which, citing ORS 1.615, challenge the qualifications of the judge *pro tem* who presided over plaintiff's proceedings. We note, however, that ORS 1.635 authorizes the Supreme Court to appoint any attorney in good standing to serve as a judge *pro tem*, so long as the attorney is a resident of this state and has been a member of the Oregon State Bar for at least three years. Here, plaintiff has given us no reason to believe that the judge *pro tem* who heard his case was appointed under the statute he cites, rather than under ORS 1.635. Furthermore, having reviewed appellant's various additional challenges to the judgment, we are unpersuaded that the trial court erred. Accordingly, we affirm without further discussion.

Affirmed.